PAYNE WILLIAMS, Doing Business as WILLIAMS TRAFFIC SERVICE, Respondent, v. MANHATTAN PRODUCE EXCHANGE, INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the complaint.

H. & S. SONN, INC., Respondent, v. WHITE PLAINS HAMILTON CORPORATION, RKO FILM BOOKING CORPORATION and RKO SERVICE CORPORATION, Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of ROBERT L. KLEIN, Petitioner, for an Order against CHARLES A. HARNETT, Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously annulled, with fifty dollars costs and disbursements to the petitioner, and petitioner's license directed to be restored to him. (See *Matter of Seid* v. *Harnett, ante*, p. 200.) Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MALVINA PINCUS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements, and judgment absolute directed in favor of plaintiff in accordance with stipulation. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ANNA LEVENDORSKI, Appellant, v. CHARLES K. POLICHEK and MINNIE POLICHEK, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

EDWARD WARD, Respondent, v. JULIUS LOWENSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

FRED SHORE, an Infant, by DANIEL SHORE, His Guardian ad Litem, and DANIEL SHORE, Respondents, v. UNITED STATES TRUCKING CORPORATION, Appellant, Impleaded with Others, Defendants. BARTOLO BONO, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant. BARTOLO BONO, Plaintiff, v. LEO SCHLANGER, Defendant. (Consolidated Actions.) — Judgment and orders unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRUNO MENKEL, Appellant.— Judgment unanimously modified by reducing the fine to the sum of fifty dollars, and, as so modified, affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Arbitration between THERESA ROCK, Petitioner, Respondent, and HIRSCH, LILIENTHAL & Co., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of 320 WEST 37TH STREET, INC., Petitioner, to Review a Determination of JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.